# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

IN RE: ROSS ALAN RATHBURN                         CASE NO. 12-20858

DEBTOR(S)                                                  CHAPTER 13

## DEBTOR'S  OBJECTION TO PROOF OF CLAIM

NOW INTO COURT, comes ROSS ALAN RATHBURN, and states:

1.

Capital Recovery Group. LLC, filed an unsecured claim (Claim #4) on November 19th, 2012

for the amount of $11,906.01.

2.

Debtor objects to Claim #4 for the reasons following:

> 1. There is insufficient documentation for the claim to justify a belief therein. The claim states that the basis for the claim is "goods sold/revolving credit". However, the claim provides no supporting documentation.

3.

Debtor respectfully requests the claim be disallowed as filed.

**WHEREFORE DEBTOR  PRAYS** that proof of claim (claim #4) filed by Capital

Recovery Group. LLC be disallowed as filed, but allowed as an unsecured claim of $2,152.70

(the amount disbursed by the Trustee as of August 24th, 2015).

**Prepared and submitted by:**
**SIMON, FITZGERALD, COOKE, REED & WELCH**
         **By:   /s/ Matthew Bond Pettaway**
         **Matthew Bond Pettaway #33313**
         **One Lakeshore Drive, Suite 1600**
         **Lake Charles, LA 70629**
         **Telephone: (337) 436-7222**
         **Attorney for Debtors**